**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) | |
| Plaintiffs, | ) | No. |
| v. | ) | Judge |
| JP NATIONAL TRANSPORTATION SYSTEMS, INC., an Illinois corporation, | ) | Magistrate Judge |
| Defendant. | ) | |

## COMPLAINT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and Kadjan, complain against Defendant, JP NATIONAL TRANSPORTATION SYSTEMS, INC., an Illinois corporation, as follows:

## JURISDICTION AND VENUE

1. (a) Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

(b) Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2, are administered and 185(c).

## PARTIES

2. (a) Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b) The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

(c) The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3. (a) JP NATIONAL TRANSPORTATION SYSTEMS, INC., an Illinois corporation, employs employees represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by employees.

(b) JP NATIONAL TRANSPORTATION SYSTEMS, INC., an Illinois corporation, has its principal place of business in Plainfield, Illinois.

(c) JP NATIONAL TRANSPORTATION SYSTEMS, INC., an Illinois corporation, is an employer engaged in an industry affecting commerce.

4. Effective June 18, 2014, JP NATIONAL TRANSPORTATION SYSTEMS, INC., an Illinois corporation, entered an Agreement to be bound to the current Owner/Operator Area Construction Agreement with Teamsters 179, as well as the renegotiated Agreement. The Agreements require contributions to the Funds pursuant to 29 U.S.C. 1145.

5. Pursuant to the collective bargaining agreement between JP NATIONAL TRANSPORTATION SYSTEMS, INC., an Illinois corporation, and the Union, JP NATIONAL TRANSPORTATION SYSTEMS, INC., an Illinois corporation, has failed and continues to fail to make its obligated contributions to the Fund for the period June, 2014 through September, 2015, as disclosed in an audit which took place on November 5, 2015.

6. The audit disclosed $10,408.00 due the Pension Fund and $8,080.64 due the Welfare Fund, $1,848.86 in CBA-mandated liquidated damages, and $997.14 in CBA-mandated interest, for a total of $21,334.64.

WHEREFORE, Plaintiffs pray:

A. This court enter judgment in favor of the Plaintiffs and against JP NATIONAL TRANSPORTATION SYSTEMS, INC., an Illinois corporation, in the amount of the audit, $21,334.64.

B. That this court award the plaintiffs their attorneys' fees, costs, interest, and liquidated damages pursuant to 29 U.S.C. 1132(g)(2) and the relevant collective bargaining agreements and trust agreements.

C. That the Court grant such further relief as is proper.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: ________/s John J. Toomey______________________
One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN
203 N. LaSalle Street
Suite 1650
Chicago, Illinois 60601
(312) 236-0415

# EXHIBIT A

...y to this
...l obtain a

...ve on June
...r until and
...his Agree-
...ds of one
...on gives
...y, amend
...o the ex-

...sel their

FOR TEAMSTERS LOCAL 179

BY: [signature]

TITLE: President

DATE: 6/19/14

FOR THE EMPLOYER

EMPLOYER: J.P. Nt. System

ADDRESS: 5605 Arbor Gate Dr

Plainfield IL 60586

City State Zip

PHONE: 773-895-1360

FAX:

PRINT NAME: [illegible]

SIGNATURE: [signature]

TITLE:

DATE: 6-18-14



JP National Trans. Systems In-
0100031946

# GENERAL TEAMSTERS LOCAL #179

Affiliated with the I.B. of T.

# OWNER/OPERATOR AREA CONSTRUCTION AGREEMENT




Effective June 1, 2010 through May 31, 2012